**Motion to Consolidate Granted; Motion for Briefing Schedule Granted; Order filed April 27, 2021.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-21-00027-CV**

————————

**JDH PACIFIC, INC., Appellant**

**V.**

**PRECISION-HAYES INTERNATIONAL, INC., Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-261720**

————————

**NO. 14-21-00115-CV**

————————

**PRECISION-HAYES INTERNATIONAL, INC., Appellant**

**V.**

**JDH PACIFIC, INC., Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-261720**

The parties have filed two joint motions: (1) to consolidate these appeals; and (2) to enter an order for sequenced briefing. When multiple notices of appeal from the same judgment or order have been filed by adverse parties, the court encourages the parties to consider requesting consolidation of those appeals. These appeals are not from the same judgment or order but arise from the same core dispute. Accordingly, the motion to consolidate and the motion for sequenced briefing are granted.

Because "consolidation" is a formal procedure under the Texas Rules of Civil Procedure, *see* Tex. R. Civ. P. 174, but not under the Texas Rules of Appellate Procedure:

1.  Each appeal cause number will remain open.

2.  Any document meant to be filed in both appeals must bear both appeal cause numbers.

3.  Regardless of whether a document applies to one or both appeals, any document filed is subject to Texas Rule of Appellate Procedure 9.4.

4.  Each appeal will be submitted to the same panel of this court.

5.  The issuance date of this court's judgment(s) shall control all further deadlines in each appeal, including due dates for post-judgment motions and remittitur, expiration of plenary power, and issuance of the mandate.

6.  Sequenced briefing shall occur as follows:

    a.  JDH's Opening Brief in 14-21-00027-CV is due May 5, 2021;

    b.  PHI's Opening Brief in 14-21-00115-CV and Responsive Brief in 14-21-00027-CV is due June 17, 2021;

    c.  JDH's Responsive Brief in 14-21-00115-CV and Reply Brief in 14-21-00027-CV is due August 31, 2021; and

    d.  PHI's Reply Brief in 14-21-00115-CV is due September 30, 2021.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.